IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Darrell Joseph White Lightning, Jr., ) | Case No. 1:22-cr-170 |
| ) | |
| Defendant. ) | |

On motion by Defendant, the court issued an order on November 1, 2023, conditionally releasing Defendant to Prairie Recovery Center staff on November 2, 2023, for transport to the Prairie Recovery Center so that he could participate in its inpatient treatment program. (Doc. No. 177).

On November 2, 2023, Defendant filed amended motion for release. (Doc. No. 178). He advises that, due to an outstanding warrant that has now been resolved, Prairie Recovery Center staff was unable to transport him as anticipated on November 2, 2023. He requests that the court amend its previous order and authorize his release to Prairie Recovery Center staff on November 7, 2023, for transport.

The court **GRANTS** Defendant's motion (Doc. No. 178). The court amends its November 1, 2023, orders as follows. Defendant shall be released no earlier than 10:00 AM on November 7, 2023, to Prairie Recovery Center staff for transport to the Prairie Recovery Center. Defendant's release shall be subject to all of the conditions imposed by the court in its November 1, 2023, order.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court