IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Darrell Joseph White Lightning, Jr., | ) | Case No.: 1:22-cr-00170 |
| | ) | |
| Defendant. | ) | |

Defendant filed a Motion for Release from Custody to Prairie Recovery Center on October 27, 2023. (Doc. No. 176). On November 1, 2023, the court conditionally released Defendant so that he could participate in Prairie Recovery Center's inpatient treatment program. (Doc. No. 177).

On November 2, 2023, Defendant filed an amended motion for release. (Doc. No. 178). Defendant advised that Prairie Recovery Center was unable to transport him due to an outstanding warrant that has since been resolved, and requested the court authorize his release to Prairie Recovery Center on November 7, 2023. The court issued an order on November 3, 2023, conditionally releasing Defendant to Prairie Recovery Center staff for transport to Prairie Recovery Center. (Doc. No. 179).

On January 9, 2024, Defendant filed a Motion to Amend. (Doc. No. 199). Advising that Defendant has been accepted into Hope Manor Sober Living, he requests to be released there upon completion of treatment at Prairie Recovery Center, which is anticipated for January 16, 2024.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 199). Upon completion of treatment at Prairie Recovery Center, Defendant shall be immediately transported to Hope Manor Sober Living by a representative of Hope Manor Sober

Living. Defendant's release shall remain subject to all the conditions imposed by the court in its November 1, 2023, order with the following modification:

10) Defendant shall reside at Hope Manor Sober Living and not change this residence without prior approval of the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court