# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Darrell Joseph White Lightning, Jr., | ) | Case No. 1:22-cr-170 |
| | ) | |
| Defendant. | ) | |

On February 20, 2024, a petition for action on Defendant's conditions of supervised release was filed an arrest warrant for Defendant was issued. (Doc. Nos. 224 and 225). The court, in consultation with the Probation Office, **QUASHES** the warrant (Doc. No. 225) and **DISMISSES** the petition. (Doc. No. 224).

**IT IS SO ORDERED.**

Dated this 21st day of February, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court